# UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OFPENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| IN RE: | Victor Sheldon Bethea | : : : | Chapter 13 No. | 23-12646 - amc |

**<u>AMENDED ORDER</u>**

AND NOW, this _____ day of _____, 2024, upon consideration of the Debtor's Attorney's Application for Approval of Counsel Fees and Costs, and Certificate of No Objection, it is hereby

ORDERED that the fee of $6,360.00 charged to the Debtor and costs of $358.00 incurred on behalf of Debtor be approved and that $3,860.00 be paid to counsel for Debtor from payments received by the Standing Chapter 13 Trustee from the Debtor.

_____
Honorable Ashely M. Chan
Chief Judge
United States Bankruptcy Court